# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMILAH MONIQUE MCCRAY, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:24-cv-00089-TWP-KMB |
| TRANSUNION CONSUMER RELATIONS, | ) |
| Defendant. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**. This action is dismissed without prejudice.

Date: 4/1/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

JAMILAH MONIQUE MCCRAY
1602 East Minnesota Street
Apt. C
Indianapolis, IN 46203